U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
                DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DANIEL WAYNE WILLIAMS | : | DOCKET NO. 07-0688 |
| | | |
| VS. | : | JUDGE MINALDI |
| | | |
| FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY AND MARILYN F. KNIGHTEN | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the

Report and Recommendation of the Magistrate Judge previously filed herein these findings and

conclusions are accepted.  Alternatively, this court concludes that the proposed findings and

conclusions are entirely correct.  Accordingly, it is

ORDERED that plaintiffs' motion to remand [doc. # 9] be, and it is hereby GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _22_ day

of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE